# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE** |
| ANTONINA C. ADAMS | Case Number:  3:07CR30110-004-GPM |
| | USM Number:  07805-025 |
| | Clint Wright |
| | Defendant's Attorney |

**FILED**

**MAR 0 6 2008**

G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    1 of the Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Consp. to possess and to pass altered U S currency | 7/29/2007 | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____    ☐ is    ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 3, 2008
Date of Imposition of Judgment

Signature of Judge

Hon. G. Patrick Murphy, U. S. District Judge
Name and Title of Judge

03/06/08
Date

DEFENDANT:        ANTONINA C. ADAMS
CASE NUMBER:      3:07CR30110-004-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TIME SERVED**

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        ANTONINA C. ADAMS
CASE NUMBER:    3:07CR30110-004-GPM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

## 2 YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page ___4___ of _____

DEFENDANT:          ANTONINA C. ADAMS
CASE NUMBER:        3:07CR30110-004-GPM

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall pay any financial penalty that is imposed by this Judgment and that remains unpaid at the time of supervised release, or during his term of probation.

Defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office with access to any requested financial information. Defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

Defendant shall apply all monies received from income tax refunds, lottery winnings, judgments and/or any other anticipated or unexpected financial gains to the outstanding court ordered financial obligation. Defendant shall immediately notify the probation officer of the receipt of any indicated monies.

| | Judgment — Page __5__ of _____ |
|---|---|
| DEFENDANT:        ANTONINA C. ADAMS | |
| CASE NUMBER:    3:07CR30110-004-GPM | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100 | $  100 | $  3,050 |

☐    The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case*(AO 245C) will be entered after such determination.

☒    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE ATTACHED LIST | $3,050 | $3,050 | |

| **TOTALS** | $            3050 | $            3050 | |
|---|---|---|---|

☐    Restitution amount ordered pursuant to plea agreement  $ _____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒    the interest requirement is waived for the    ☒  fine    ☒    restitution.

☐    the interest requirement for the    ☐    fine    ☐    restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:         ANTONINA C. ADAMS
CASE NUMBER:    3:07CR30110-004-GPM

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

All financial penalties are payable through the Clerk of the District Court, 750 Missouri Ave., E. St. Louis, IL 62201

| | |
|---|---|
| DEFENDANT: | ANTONINA C. ADAMS |
| CASE NUMBER: | 3:07CR30110-004-GPM |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐   not later than _____ , or
    ☐   in accordance   ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☒ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
  _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
  _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
  term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
  imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

  Payments are due immediately, through the Clerk of the Court, but may be paid from prison earnings in compliance with the
  Inmate Financial Responsibility Program. Any financial penalties that remain unpaid at the commencement of the term of
  supervised release shall be paid at the rate of $100 per month, or 10 % of defendant's net monthly earnings, whichever is greater.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
  and corresponding payee, if appropriate.

  Anthony D. Harris, 07-30110-001-GPM; Jimmie O. L. Harris, 07-30110-002-GPM; Shawndale J. McDowell, 07-30110-003-GPM
  Total Amount/Joint and Several Amount: $3,050.00

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# RESTITUTION LIST
## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## UNITED STATES VS. ANTHONY D. HARRIS
## DOCKET NO. 0754 3:07CR30110-001 (GPM)

Indian Mound Motel
4700 Collinsville Rd
East St Louis, IL 62201
$100

Family Dollar #7328
1201 Madison Ave.
Madison, IL 62060
$100

Hibbett Sporting Goods
3485 Nameoki Rd.
Granite City, IL 62040
$50

Wal-Mart #361
601 Belt Line Rd
Collinsville, IL 62234
$200

K-Mart
3655 Nameoki Rd.
Granite City, IL 62040
$100

Dollar Tree
3801 Nameoki Rd.
Granite City, IL 62040
$100

Waffle House
505 N Bluff Rd
Collinsville, IL 62234
$100

Hollywood Video
3405 Nameoki Road
Granite City, Il 62040
$50

Arbys
3 Eastport Plaza Dr.
Collinsville, IL 62234
$50

Motomart Convenience Stores
731 N Bluff Rd
Collinsville, IL 62234
$100

Dollar General
3222 Nameoki Rd.
Granite City, IL 62040
$100

Ace Hardware
3801 Nameoki Rd.
Granite City, IL 62040
$50

Radio Shack
3801 Nameoki Rd # 12
Granite City, IL 62040
$50

Sav-A-Lot
3254 Nameoki Road
Granite City, IL 62040
$50

KFC
1510 Johnson Rd
Granite City, IL 62040
$100

Pizza Hut
3801 Nameoki Rd # 9
Granite City, IL 62040
$100

McDonalds
1515 Johnson Rd.
Granite City, IL 62040
$100

Starbucks
3457 Nameoki Rd
Granite City, IL 62040
$50

Big Lots
3801 Nameoki Rd # 22
Granite City, IL 62040
$50

Home Depot #6961
1049 Collinsville Crossing
Collinsville, IL 62234
$100

Jack-in-the-Box
3330 Nameoki Rd
Granite City, IL 62040
$100

Subway
20 Crossroads Plaza
Granite City, IL 62040
$50

Shop 'N Save
3451 Nameoki Rd.
Granite City, IL 62040
$150

Hiks
1951 Collinsville Rd
East Saint Louis, IL 62201
$100

Auto Zone
3130 Nameoki Rd
Granite City, IL 62040
$50

Aldi
1225 Camp Jackson Rd.
Cahokia, IL 62206
$50

Schnucks #288
3100 Madison Ave
Granite City, IL 62040
$50

Rue 21
234 Saint Clair Sq
Fairview Heights, IL 62208
$50

Corral Liquors
3304 Nameoki Rd
Granite City, IL 62040
$50

AppleBee's
610 N Bluff Rd.
Collinsville, IL 62234
$50

Steak N' Shake
606 N Bluff Rd
Collinsville, IL 62234
$50

SNC JJ Holdings d/b/a
Jumpin Jimmy's #27
PO Box 250
Effingham, IL 62401
$50

Bank of America
248 Harvard Drive
Edwardsville, IL 62025
$100

McDonalds of Collinsville
PO Box 580
Maryville, IL 62062
$50

Travel Traders #0523
151 E Wacker Dr
Chicago, IL 60601
$50

Tuscola City Hall
214 North Main
Tuscola, IL 61953
$50

Tuscola IGA
607 E Southline Rd.
Tuscola, IL 61953
$50

US Bank
3303 Nameoki Road
Granite City, IL 62040
$50

US Bank
6701 North Illinois
Fairview Heights, IL 62208
$50

Undetermined Business
Hilliad,OH
$50

City of Bloomington
109 E. Olive Street
Bloomington, IL 61701
$50

Bank of Edwardsville
3502 Maryville Road
Granite City, IL 62040
$50